

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/16/2025__

101 Avenue of
New York, NY 1
212.308.0070
acllp.com

JAMES HARRY OLIVERIO
*Partner*
973.457.0125
jholiverio@acllp.com

January 15, 2025

**VIA ECF**
Hon. Analisa Torres, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **Park West Galleries, Inc. v. Catherine McCaffrey**
             **Civil Action No. 1:24-cv-06814**

Dear Judge Torres,

    This firm represents Plaintiff Park West Galleries, Inc. ("Plaintiff" or "Park West") in the above-captioned matter. Presently pending before Your Honor is Defendant Catherine McCaffrey's ("Defendant" or "McCaffrey") motion to dismiss Park West's complaint in favor of arbitration, which is returnable on February 10, 2025. Park West's deadline to file opposition is January 27, 2025. Park West respectfully requests that its opposition deadline be adjourned to March 31, 2025, and the motion's return date adjourned to April 14, 2025.

    Park West requests this adjournment because the parties have requested a settlement conference before Judge Willis and were recently informed that the settlement conference will occur on March 24, 2025. The parties would like to use this opportunity to explore settlement before expending additional time and expenses litigating this matter. As such, Defendant consents to this adjournment request. There have been no previous adjournment requests made with respect to this motion.

GRANTED.  If the parties do not settle at the upcoming conference, Plaintiff shall submit her opposition to Defendant's motion to dismiss by **March 31, 2025**, and Defendant shall submit its reply by **April 14, 2025**.

SO ORDERED.

Dated: January 16, 2025
       New York, New York

ANALISA TORRES
United States District Judge