UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARK WEST GALLERIES, INC.,

                    Plaintiff,

-against-

CATHERINE MCCAFFREY,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/21/2025_

24 Civ. 6814 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for February 24, 2025, is ADJOURNED *sine die*.

SO ORDERED.

Dated: February 21, 2025
       New York, New York

ANALISA TORRES
United States District Judge