UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PARK WEST GALLERIES, INC.,

                    Plaintiff,                    **ORDER**

          -against-                  **24-CV-6814 (AT) (JW)**

CATHERINE MCCAFFREY,

                    Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Defense counsel is reminded, per the Court's earlier settlement order, Dkt. No. 18, that they must submit an ex-parte letter three days prior to the pre-settlement conference. The pre-settlement conference was held on March 17, 2025. The Court has yet to receive Defendant's ex-parte letter. Defendant is ordered to submit it by the end of the day.

      SO ORDERED.

DATED:    New York, New York
               March 20, 2025

                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge