UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARK WEST GALLERIES, INC.,

                Plaintiff,

-against-

CATHERINE MCCAFFREY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/1/2025
```

24 Civ. 6814 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 16, 2025, the Court granted Plaintiff's request to extend the deadline to file its opposition to Defendant's motion to dismiss to March 31. ECF No. 26. Plaintiff's submission is now overdue.

    The Court has also been informed that the parties' settlement conference before Judge Willis, originally scheduled for March 24, 2025, has been adjourned to May 12. If the parties do not settle at the upcoming conference, Plaintiff shall submit its opposition to Defendant's motion to dismiss by **May 19, 2025**, and Defendant shall submit her reply by **June 2, 2025**.

    SO ORDERED.

Dated: April 1, 2025
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge